PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the petition to review herein be dismissed, that a judgment be filed and entered accordingly, and mandate of this court issue forthwith.

**Charles L. McWHORTER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9067.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1941.

Wm. Barclay Lex, Philip Dechert, and Hepburn & Norris, all of Philadelphia, Pa., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., for respondent.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the petition to review herein be dismissed, that a judgment be filed and entered accordingly, and mandate of this court issue forthwith.

**NATIONAL LABOR RELATIONS BOARD v. DENVER WHOLESALE FLORISTS COMPANY.**

No. 2396.

Circuit Court of Appeals, Tenth Circuit.

Oct. 6, 1941.

Laurence A. Knapp, Associate General Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

No appearance for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Consent decree enforcing the order of the Board entered pursuant to stipulation of the parties.

**NATIONAL LABOR RELATIONS BOARD v. GREELEY ICE & STORAGE COMPANY.**

No. 2393.

Circuit Court of Appeals, Tenth Circuit.

Oct. 6, 1941.

Laurence A. Knapp, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

John W. Henderson, of Greeley, Colo., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Consent decree enforcing the order of the Board entered pursuant to stipulation of the parties.

**ROHLFF LUMBER & SUPPLY COMANY v. UNITED STATES of America.**

No. 2406.

Circuit Court of Appeals, Tenth Circuit.

Oct. 13, 1941.

Pershing, Bosworth, Dick & Dawson, of Denver, Colo., for appellant.

James McI. Henderson, Sp. Asst. to Atty. Gen., of Denver, Colo., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee.